**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Cr. No. 2:26-CR-20052-SHL** |
| | ) | |
| **ADRIAN SALTO,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM**

The United States Attorney's Office applies to the Court for a Writ to have Adrian Salto, **A# is 221 446 260**, now being detained in the West Tennessee Detention Facility, appear before Honorable Sheryl H. Lipman, May 8th, 2026, at 9:00 am for Report Date and for such other appearances as this Court may direct.

Respectfully submitted this 26th day of March 2026.

***s/ Lauren Delery***
**Lauren Delery**
**Assistant U. S. Attorney**

---

Upon consideration of the foregoing Application, TRINITY MINTER, WARDEN, WEST TENNESSEE DETENTION FACILITY – 6299 FINDE NAIFEH DRIVE, MASON, TENNESSEE, 38049.

YOU ARE HEREBY COMMANDED to have Adrian Salto, A# is 221 446 260, appear before the Honorable Sheryl H. Lipman at the date and time aforementioned..

ENTERED this 26th day of March 2026.

**s/ Annie T. Christoff**
**HONORABLE ANNIE T. CHRISTOFF**
**U. S. MAGISTRATE JUDGE**

"If for some reason this inmate is no longer in your custody and/or has been transferred to another facility please advise the requesting Assistant United States Attorney."