**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Cr. No. 2:26-cr-20052-SHL** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **ADRIAN SALTO,** | ) | |
| | ) | |
| **Defendant.** | ) | |

---

**MOTION TO DISMISS INDICTMENT**

---

The United States of America, by and through D. Michael Dunavant, United States Attorney for the Western District of Tennessee and Lauren J. Delery, Assistant United States Attorney, respectfully moves this Honorable Court to dismiss the indictment in the above-styled case without prejudice. In late April, the defendant was removed to Mexico pursuant to a final order of removal.

Respectfully Submitted,

D. MICHAEL DUNAVANT
United States Attorney

/s/ *Lauren J. Delery*
Lauren J. Delery
Assistant United States Attorney
167 N. Main Street, Ste. 800
Memphis, TN 38103
(901)544-4231

**CERTIFICATE OF SERVICE**

I, Lauren J. Delery, Assistant United States Attorney for the Western District of Tennessee, do hereby certify that a copy of the foregoing motion has been filed via the District Court's electronic case filing system.

This 4th day of May, 2026.

/s/ *Lauren J. Delery*
Lauren J. Delery
Assistant United States Attorney
167 N. Main Street, Ste. 800
Memphis, TN 38103
(901)544-4231