**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Cr. No. 2:26-cr-20052-SHL** |
| | ) | |
| **ADRIAN SALTO,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER DISMISSING INDICTMENT**

Upon motion of the United States, it is ORDERED that the indictment in the above-styled case is hereby dismissed without prejudice.

_s/ Sheryl H. Lipman_____________________
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE